IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT RUFFING, *et al*  :  | CIVIL ACTION |
|     Plaintiff  : | |
| : | NO. 02-CV-4422 |
| vs.  : | |
| : | |
| KALMAR INDUSTRIES, U.S.A., INC., *et al*  : | |
|     Defendant  : | |

## ORDER

AND NOW, this 19th day of November, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on December 23, 2002, at 11:30 a. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.