IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT RUFFING and KIMBERLY RUFFING, H/W** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4422 |
| | : | |
| **KALMAR INDUSTRIES, U.S.A., INC. and KI-NJ, LLC and JOHN DOE, INC. (2-50) and JOHN DOE (1-50)** | : | |

## ORDER

AND NOW this 24th day of March, 2003, upon consideration of the unopposed Plaintiffs' Motion Pursuant to Fed. R.Civ. P. 15 and 21 to Amend Complaint (Document No. 8), it is **ORDERED** that the motion is **GRANTED.**

TIMOTHY J. SAVAGE, J.