**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **SCOTT RUFFING,** *et al* | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | **NO. 02-CV-4422** |
| **vs.** | : | |
| | : | |
| **KALMAR INDUSTRIES, U.S.A., INC.,** *et al* | : | |
| **Defendant** | : | |


**ORDER**

**AND NOW**, this 4ᵗʰ day of June, 2003, upon consideration of the Motion of
Defendant KI-NJ, LLC for a 60-Day Continuance of the Deadlines Set Forth in the May 14,
2003 Scheduling Order (Document No. 18), it is **ORDERED** that the motion is **DENIED.**


BY THE COURT:


_____
TIMOTHY J. SAVAGE,  J.