IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT RUFFING | : | CIVIL ACTION |
| KIMBERLY RUFFING, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| KALMAR INDUSTRIES U.S.A., INC., et al. | : | NO. 02-4422 |

## ORDER

AND NOW, this 9th day of June, 2003, upon consideration of correspondence to the Court from Defendants' counsel dated June 6, 2003, it is hereby **ORDERED** that a **Settlement Conference** in the above-captioned action will be held on **June 25, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE