IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT RUFFING,** *et al* : | CIVIL ACTION |
| **Plaintiff** : | |
| : | NO. 02-CV-4422 |
| vs. : | |
| : | |
| **KALMAR INDUSTRIES, U.S.A., INC.,** *et al* : | |
| **Defendant** : | |

# ORDER

**AND NOW**, this 16th day of June, 2003, after a telephone conference with counsel, it is **ORDERED** as follows:

1. Plaintiffs' expert reports shall be served upon all counsel no later than **July 6, 2003.**

2. Defendants' expert reports shall be served upon plaintiffs' counsel and counsel for defendant TES, Inc. no later than **July 13, 2003**.

3. Depositions of expert witnesses shall be concluded no later than **July 17, 2003**.

4. On or before **July 25, 2003**, counsel for each party shall serve upon counsel for every other party:

(a) the original or a copy of each exhibit they expect to offer at trial in furtherance of their respective contentions. Each party shall mark its trial exhibits <u>in advance of trial</u> with consecutive numbers appropriately prefixed with an identifying letter of counsel's choice;

(b) curriculum vitae for each expert witness expected to testify; and

(c) a specific identification of each discovery item expected to be offered into evidence.

5. All parties shall prepare and file with the Clerk of Court their pretrial memoranda in accordance with this Order and Local Rule of Civil Procedure 16.1(c), as follows:

Plaintiffs - on or before **July 25, 2003**

Defendants - on or before **August 4, 2003**

In addition to compliance with Local Rule of Civil Procedure 16.1(c), the parties shall include in or attach to their pretrial memoranda the following:

(a) A listing of the identity of each expert witness to be called at trial by the party;

(b) a curriculum vitae for each expert witness listed;

(c) a listing of each fact witness to be called at trial with a brief statement of the nature of their expected testimony (witnesses not listed may not be called by that party in its case-in-chief);

(d) an itemized statement of claimant's damages or other relief sought;

(e) a statement of any anticipated important legal issues on which the Court will be required to rule, together with counsel's single best authority on each such issue.

The pretrial memoranda shall be filed with the Clerk of the Court and two (2) copies shall be delivered to the Court.

6. A final pretrial conference will be held on **August 20, 2003** at **10:00 a.m.** in Chambers (Room 4006).

7. This case will be placed in the trial pool commencing **September 1, 2003**. Trial

will be held in Courtroom 15B.

This Scheduling Order is the <u>only</u> written notice counsel will receive of the date this case will be tried.  Counsel and all parties shall be prepared to commence trial on that date and as soon thereafter as counsel receive telephone notice that trial is to commence.  If the case is a pool case, counsel should have the responsibility to maintain contact with the deputy clerk once the case goes into the pool.  Every effort will be made to give counsel at least 24 hours notice and hopefully 48 hours notice of commencement of trial.  Pool cases are to be ready for trial as of the date they are placed in the pool and are frequently not called in the order in which they appear.

8.  In all other respects, the requirements set forth in the Order of December 23, 2002 shall remain in full force and effect.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,  J.