IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT RUFFING | : | CIVIL ACTION |
| KIMBERLY RUFFING, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| KALMAR INDUSTRIES U.S.A., INC., et al. | : | NO. 02-4422 |

## ORDER

AND NOW, this 25th day of June, 2003, it is hereby **ORDERED** that a second **Settlement Conference** in the above-captioned action will be held on **July 2, 2003**, at **11:00 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The insurance adjuster for Defendant KI-NJ, LLC must be present. Other parties shall be present or available by telephone.

BY THE COURT:

_____

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE