UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Scott Ruffing and Kimberly Ruffing,  )  Civil Action No. 02-CV-4422
                                     )
            Plaintiffs,               )
                                     )
       v.                            )
                                     )
Kalmar Industries, USA, Inc., KI-NJ, LLC )
And Transportation Equipment Services, Inc. )
                                     )
            Defendants.               )
                                     )

## STIPULATION OF DISMISSAL

And now, this 24th day of June, 2003, it is hereby agreed by and between counsel of record for all parties that this action is hereby dismissed pursuant to F.R.C.P. 41 (a)(1) as to defendant Transportation Equipment Services, Inc. only.

_____
Richard Stoloff, Esq.
Counsel for Plaintiffs
Scott and Kimberly Ruffing

_____
Jason Banonis, Esq.
Counsel for Defendants
Kalmar Industries, USA, Inc./ KI-NJ LLC

_____
Jonathan Dryer, Esq.
Counsel for Defendant
Transportation Equipment Services, Inc.