## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT RUFFING**, *et al* : | **CIVIL ACTION** |
| Plaintiff : | |
| : | **NO. 02-CV-4422** |
| vs. : | |
| : | |
| **KALMAR INDUSTRIES, U.S.A., INC.**, *et al* : | |
| Defendant : | |

## ORDER

**AND NOW**, this 2nd day of July, 2003, upon consideration of the Defendant Transportation Equipment Services, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) (Document No. 16) and the Stipulation of Dismissal dismissing the action as to the defendant Transportation Equipment Services, Inc. (Document No. 25), it is **ORDERED** that the motion is **DENIED AS MOOT.**

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.